DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile:   (209) 943-0905

DAVID WOOTEN (California State Bar #114599)
Assistant County Counsel
OFFICE OF THE COUNTY COUNSEL
  OF SAN JOAQUIN
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
MELISSA TORRES,
MICHELLE McDANIEL,
and VALERIE AGBULOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA WOLF, et al.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | **No. 2:06-CV-00047-WBS-KJM**<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES** |

WHEREAS, Plaintiffs filed this lawsuit on or about January 9, 2006;

WHEREAS, on January 9, 2006, Plaintiffs also filed another case with this Court, entitled *Wolf v. County of San Joaquin, et al.*; United States District Court, Eastern District of California Case No. 2:06-CV-00050-LKK-DAD (the "Judge Karlton Case");

1
STIPULATION AND ORDER

WHEREAS, although the Judge Karlton Case is not a related case within the meaning of Rule 83-123 of the Local Rules, the following similarities exist: common Plaintiffs' counsel, common Plaintiffs, common defense counsel, and some common defendants;

WHEREAS, in the Judge Karlton Case a Status (Pretrial Scheduling) Conference has been scheduled for March 20, 2006, at 10:300 a.m. before the Honorable Lawrence K. Karlton;

WHEREAS, on or about January 9, 2006, this Court issued an Order Setting Status (Pretrial Scheduling) Conference, in which it scheduled the Status Conference in this case for March 31, 2006, and ordered the parties to confer to develop a proposed discovery plan no later than 21 days before the date of the Status Conference and submit to the Court a Joint Status Report no later than 14 days before the date of the Status Report;

WHEREAS, on or about January 10, 2006, Plaintiff's counsel sent a letter to the San Joaquin County Counsel's Office asking for a waiver of service of process on all Defendants;

WHEREAS, outside counsel has now been retained to defend Defendants the County of San Joaquin, Melissa Torres, Michelle McDaniel, and Valerie Agbulos in this case;

WHEREAS, these Defendants have agreed to waive service of process;

WHEREAS, counsel for the Defendants need a brief additional amount of time to familiarize themselves with the facts and allegations of the case to prepare properly for discussions regarding a discovery plan, the Status Conference, and the Joint Status Report;

WHEREAS, for efficiency purposes, counsel wishes to reschedule the Status Conference in this case and in the Judge Karlton Case so that they occur on the

2
STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

same date;

    IT IS STIPULATED AND AGREED, by the parties, through their undersigned attorneys of record, that the Status Conference in this case be continued to April 10, 2006, at 9:00 a.m., that the parties confer to develop a proposed discovery plan no later than 21 days before that date, and that they file their Status Reports no later than 14 days before that date.

Dated: March _8_, 2006      SUNTAG & FEUERSTEIN
               A Professional Corporation


By: ___/s/_____
    DANA A. SUNTAG

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
MELISSA TORRES, MICHELLE McDANIEL, and VALERIE AGBULOS

Dated: March _8_, 2006      LAW OFFICES OF ROBERT R. POWELL


By: ___/s/_____
    DENNIS R. INGOLS

Attorneys for Plaintiffs
SONYA WOLF and NICHOLAS H.

## O R D E R

IT IS SO ORDERED.

Dated: March 9, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER