UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SONYA WOLF, et al.,

      Plaintiff,

   v.

COUNTY OF SAN JOAQUIN, et al,

      Defendants.

_____/

NO. CIV. S-06-0047-WBS-KJM

SONYA WOLF, et al.,

      Plaintiff,

   v.

COUNTY OF SAN JOAQUIN, et al.,

      Defendants.

_____/

NO. CIV. S-06-0050 LKK-DAD

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  Both cases involve the same plaintiff and some common defendants, and are based on similar claims. Accordingly, the assignment of the matters to the same judge and the same magistrate judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for

1  the parties.

2         The parties should be aware that relating the cases

3  under Local Rule 83-123 merely has the result that these actions

4  are assigned to the same judge and to the same magistrate judge;

5  no consolidation of the actions is effected.

6         IT IS THEREFORE ORDERED that the action denominated

7  Civ. S-06-0050 LKK-DAD should be, and the same hereby is,

8  reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge

9  KIMBERLY J. MUELLER for all further proceedings.  Henceforth the

10 captions on all documents filed in the reassigned case shall be

11 shown as Civ. S-06-0050 WBS-KJM, and any dates currently set in

12 the reassigned case only are hereby VACATED.

13        IT IS FURTHER ORDERED that the Clerk of the Court make

14 appropriate adjustment in the assignment of civil cases to

15 compensate for this reassignment.

16        IT IS SO ORDERED.

17 DATED:  April 18, 2006

18

19

20        WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28