DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:   (209) 943-0905

DAVID WOOTEN (California State Bar #114599)
Assistant County Counsel
OFFICE OF THE COUNTY COUNSEL
 OF SAN JOAQUIN
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
MELISSA TORRES,
MICHELLE McDANIEL,
and VALERIE AGBULOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SONYA WOLF, et al.,

    Plaintiff,

v.

COUNTY OF SAN JOAQUIN, et al.,

    Defendants.

No. 2:06-CV-00047-WBS-KJM

**STIPULATION AND ORDER TO EXTEND DATE FOR EXPERT DISCLOSURES**

STIPULATION AND ORDER
TO EXTEND EXPERT
DISCLOSURE DATES

1

1         WHEREAS, Plaintiffs filed this lawsuit on or about January 9, 2006;

2         WHEREAS, on or about May 23, 2006, this Court issued a Scheduling
3 Order;

4         WHEREAS, the Scheduling Order provides that (i) Plaintiff is to disclose
5 experts and produce expert reports by no later than August 4, 2006, (ii) Defendants are
6 to disclose experts and produce expert reports by no later than August 18, 2006; and
7 (iii) experts intended solely for rebuttal are to be disclosed and reports produced by
8 September 29. 2006;

9         WHEREAS, the claims in this case relate, in part, to child dependency
10 proceedings that occurred with respect to Plaintiff's children in the case entitled *In re*
11 *Brittany W. and Nicholas H.*, San Joaquin County Superior Court Case No. J03089, in
12 which there was a several day trial in 2005 (the "Child Dependency Case");

13         WHEREAS, the parties are jointly attempting to obtain copies of the trial
14 transcripts and other documents from the Child Dependency Case, which, under
15 California law, are protected and cannot be released without a court order on a petition
16 under California Welfare and Institutions Code Section 827;

17         WHEREAS, the parties have filed their Section 827 petitions, and they
18 are scheduled for hearing in the San Joaquin County Superior Court on July 6, 2006;

19         WHEREAS, the parties anticipate it will take some time for the court and
20 the court reporter to produce copies of the documents and transcripts from the Child
21 Dependency Case (the transcripts will have to be transcribed);

22         WHEREAS, in the interim, the parties are arranging a schedule for the
23 depositions of the percipient witnesses and wish to conduct a reasonable amount of
24 deposition discovery, as well as review the records from the Child Dependency Case,
25 before retaining/disclosing expert witnesses and having them prepare their reports so
26 that the parties may attempt to narrow the issues in the case;

27

28

STIPULATION AND ORDER
TO EXTEND EXPERT       2
DISCLOSURE DATES

WHEREAS, the parties wish to extend the dates relating to expert witnesses to provide a reasonable time to attempt to obtain records from the Child Dependency Case and to conduct a reasonable amount of deposition discovery;

WHEREAS, a reasonable extension of time is in the interests of justice and economy because it will allow the parties to select and designate experts with more precision and this may promote a possible early resolution of this case; and

WHEREAS, this case is related to the case entitled *Wolf v. County of San Joaquin, et al.*; United States District Court, Eastern District of California, Case No. 2:06-CV-00050-WBS-KJM, and although the issues in the two cases are different, the Court's Scheduling Order in that case set the same dates as the Scheduling Order in this case, and, moreover, the parties are largely the same and their counsel are the same, and it would be in the interests of judicial efficiency to maintain parallel dates in both cases, and the parties are concurrently submitting a similar stipulation and order in that case:

IT IS STIPULATED AND AGREED, by the parties, through their undersigned counsel of record, as follows:

1. Plaintiff shall disclose experts and produce expert reports by no later than January 15, 2007;

2. Defendants shall disclose experts and produce expert reports by no later than February 1, 2007; and

3. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced on or before March 1, 2007.

Each of these dates are within the time limitations contained in Rule 26(a)(2) of the Federal Rules of Civil Procedure.

Dated: June 30, 2006

SUNTAG & FEUERSTEIN
A Professional Corporation

By: /s/_____
DANA A. SUNTAG
Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
MELISSA TORRES, MICHELLE
McDANIEL, and VALERIE
AGBULOS

Dated: June 30, 2006

LAW OFFICES OF ROBERT R. POWELL

By: /s/_____
ROBERT POWELL
Attorneys for Plaintiffs
SONYA WOLF and NICHOLAS H.

O R D E R

Based on the foregoing stipulation of the parties, noting that all other dates previously scheduled shall remain as set, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: July 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DATES

4