ROBERT R. POWELL, ESQ.
DENNIS R. INGOLS, ESQ.
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200
F: 408-553-0203

Attorneys for Plaintiff
SONYA WOLF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONYA WOLF, et al., | ) | No. 2:06-CV-00047-WBS-KJM |
| Plaintiff, | ) | STIPULATION AND ORDER RE: DISCOVERY AND EXPERT CUT-OFF DATES |
| v. | ) | |
| COUNTY OF SAN JOAQUIN, et al., | ) | |
| Defendants. | ) | |

The parties to this case, through their counsel, have engaged in substantial document production and have discussed mutually agreeable schedules for deposing the percipient witnesses. Counsel also have had substantive discussions regarding the possibility of settlement, and Plaintiffs have now provided Defendants a settlement demand.

Now that Plaintiffs have made a settlement demand, the parties, in consultation with their respective counsel, have agreed to diligently explore settlement possibilities and the avoidance of unnecessary deposition and discovery related costs, in both this case and the related case,

STIPULATION AND ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

*Wolf v. County of San Joaquin*, Civil Action No. 2:06-CV-00050-WBS-KJM (the "Related Case").

Defendants require a short amount of additional time to investigate the facts of the case and to report and consult with principles, including the County Board of Supervisors, to respond to Plaintiffs' settlement demand.

It is the parties' desire to explore a global settlement of all claims of all parties in both this case and the Related Case, and they believe that extending the discovery cut off dates in both cases will allow them better to focus on the possibility of settlement. It is not the intention of the parties to continue the trial date or any other dates, other than as expressly set forth in this Stipulation.

Accordingly, the parties stipulate and agree as follows, and request this Court order same:

1. The non-expert discovery cut-off date be moved to April 3, 2007.

2. The plaintiff's expert disclosure cut-off date be moved to April 17, 2007.

3. The defendant's expert disclosure cut-off date be moved to May 3, 2007.

4. The cut-off date for all pretrial motions except temporary restraining orders or other emergency applications and motions for continuances be moved to May 5, 2007.

5. The rebuttal expert disclosure cut-off date be moved to June 1, 2007.

6. Defendants have agreed to promptly communicate to Plaintiffs whether they have obtained authority to settle on the terms demanded by plaintiffs, or alternatively that the settlement demand is denied. The parties have further agreed not to conduct depositions until Defendants have communicated their response to Plaintiffs' settlement demand, or beginning January 1st, 2007, whichever comes first. However, they will coordinate deposition dates for

STIPULATION AND ORDER

2

PDF created with pdfFactory trial version www.pdffactory.com

all previously scheduled depositions before November 30th, 2006, for dates of deposition after January 1st, 2007, if necessary.

7.   No other provisions of the prior trial scheduling orders are affected by this stipulation, and shall remain as calendared.

IT IS SO STIPULATED.

Dated:  November 6, 2006                    SUNTAG & FEUERSTEIN
                                            A Professional Corporation


                                            By:   */s/ Dana A. Suntag*
                                                  DANA A. SUNTAG
                                                  Attorneys for Defendants
                                                  COUNTY OF SAN JOAQUIN,
                                                  MELISSA TORRES, MICHELLE
                                                  McDANIEL, and VALERIE
                                                  AGBULOS

Dated:  November 6, 2006                    LAW OFFICES OF ROBERT R. POWELL


                                            By:   */s/ Robert R. Powell*
                                                  ROBERT R. POWELL
                                                  Attorneys for Plaintiffs
                                                  SONYA WOLF and NICHOLAS H.

### ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefor, the Court adopts the stipulation of the parties as an order of this court.

**IT IS SO ORDERED**.

Dated:  November 27, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

3

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER

4

PDF created with pdfFactory trial version www.pdffactory.com