1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:    (209) 943-0905
5
6  DAVID WOOTEN (California State Bar #114599)
   County Counsel
7  OFFICE OF THE COUNTY COUNSEL
     OF SAN JOAQUIN
8  County of San Joaquin
   Courthouse - Room 711
9  222 East Weber Avenue
   Stockton, California  95202
10 Telephone:  (209) 468-2980

11 Attorneys for Defendants
   COUNTY OF SAN JOAQUIN,
12 MELISSA TORRES,
   MICHELLE McDANIEL,
13 and VALERIE AGBULOS

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 SONYA WOLF, et al.,                    )   **No. 2:06-CV-00047-WBS-KJM**
                                          )
18         Plaintiff,                     )   **STIPULATION AND ORDER FOR**
                                          )   **DISMISSAL WITH PREJUDICE**
19         v.                             )
                                          )
20 COUNTY OF SAN JOAQUIN, et al.,         )
                                          )
21         Defendants.                    )
                                          )
22 _____)

STIPULATION AND ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS STIPULATED AND AGREED, by and between Plaintiffs and
2  Defendants, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this
3  entire case be dismissed with prejudice, each party to bear its own costs and fees.

4  Dated: April __, 2007                LAW OFFICES OF ROBERT R. POWELL

7  By: _/s/ Robert R. Powell_
   ROBERT R. POWELL
   Attorneys for Plaintiffs
8  SONYA WOLF and NICHOLAS H.,
   by and through his Guardian ad
9  Litem, ROGER CRAIG

11 Dated: April __, 2007                SUNTAG & FEUERSTEIN
                                        A Professional Corporation

13 By: _/s/ Dana A. Suntag_
14 DANA A. SUNTAG
   Attorneys for Defendants
15 COUNTY OF SAN JOAQUIN,
   MELISSA TORRES, MICHELLE
16 McDANIEL, and VALERIE
   AGBULOS

O R D E R

18 IT IS SO ORDERED.

19 Dated: April 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
2

PDF created with pdfFactory trial version www.pdffactory.com